Coan, Payton & Payne, LLC
Brett D. Payton, California Bar #225345
Email: bpayton@cp2law.com
5586 W. 19th Street, Suite 2000
Greeley, Colorado 80634
Phone: (970) 339-3500
Fax:   (970) 584-1776
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS MINING GROUP, LLC, | Case No.: 16-cv-_____ |
| Plaintiff, | |
| vs. | **CIVIL COMPLAINT** |
| KELLY HOLDINGS, LLC, | **FOR MONEY DAMAGES** |
| Defendant | |

## I. JURISDICTION

This court has jurisdiction due to diversity of citizenship under 28 U.S.C.A. § 1332. Plaintiff's principal place of business is Colorado, Defendant's principal place of business is California, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

Plaintiff, Atlas Mining Group, LLC, by and through its undersigned counsel, Coan, Payton & Payne, LLC, hereby alleges the following in support of its Complaint against Defendant, Kelly Holdings, LLC.

Civil Complaint - 1

## II. PARTIES

Plaintiff, Atlas Mining Group, LLC ("Atlas" or "Plaintiff"), is a Colorado limited liability company with a principal place of business located at 1925 Timberline Road, Fort Collins, Colorado 80525.

Atlas Member Chance Innis is a resident of Fort Collins, Colorado. Atlas Member Tobi Wold is a resident of Fort Collins, Colorado. Atlas Member Torrey Vestal is a resident of Williston, North Dakota. Atlas Member David Martinez, Jr. is a resident of Fort Collins, Colorado. Atlas Member Bob Hopper is a resident of Kellogg, Idaho. Atlas Member H&H Investments, LLC is an Indiana limited liability company. The members of H&H Investments, LLC consist of JJ Hannah, a resident of Fort Collins, Colorado, and Mr. Hannah's parents, both residents of Goshen, Indiana.

Defendant, Kelly Holdings, LLC ("Kelly" or "Defendant"), is a California limited liability company with its principal place of business located at 20162 S.W. Birch Street, Suite 350, Newport Beach, California 92660. Kelly's registered agent is identified with the California Secretary of State's Office as CT Corporation, the last known address of which is 818 W. 7th Street, Suite 930, Los Angeles, California 90017. Based on Atlas's interactions and business arrangements with Kelly, Atlas is aware that Kelly is a single-member LLC.

Kelly's sole member is Richard Kelly. Richard Kelly is a resident of Newport Beach, California.

Searches in both Colorado and Indiana indicate that Richard Kelly does not maintain any residences in either Colorado or Indiana and has not incorporated or registered any businesses in either Colorado or Indiana. Because the sole member of the defendant LLC is a California resident and the plaintiff LLC is a Colorado entity, whose principals are residents of Colorado, and derivatively Indiana, this Court has subject matter jurisdiction regarding the claims asserted herein pursuant to 28 U.S.C. §1332(a)(1) as a result of the complete diversity between the parties, as well as the amount in controversy, which exceeds the value of $75,000. Venue is proper in this Court pursuant to 28 U.S.C. §1332 by virtue of diversity of citizenship.

### III. GENERAL ALLEGATIONS

In May of 2015, Atlas made two loans to Bunker Hill Ventures, LLC ("BHV") totaling $250,000. These loans were guaranteed by Kelly. Kelly failed to make payments on the guarantees. As a result, Atlas filed suit against Kelly in the United States District Court for the Central District of California. That case was commenced on April 25, 2016, with the Honorable S. James Otero presiding, and is identified as Civil Action No. 16CV00774-SJO-AJW. A true and correct copy of the Complaint initiating suit is attached here to as **Exhibit 1**.

In July 2016, the parties reached an agreement resolving the dispute and agreed to the terms of the Settlement Agreement and Mutual Release ("Settlement Agreement"), a true and correct copy of which is attached hereto as **Exhibit 2**. By the terms of the Settlement Agreement, Kelly agreed to pay Atlas $150,000 by making an initial payment of $12,000 on September 1, 2016, and subsequent monthly payments of $7,666.67 for 18 months. Kelly further agreed that:

> If there is any default on the payments due under Paragraph 1 of [the Settlement Agreement], Atlas may seek, and Kelly consents to judgment for the total amount due in the Complaint plus interest at 12% per annum from the date of default only after giving Kelly written notice of default and ten (10) calendar days to cure.

In the event of default, by the terms of the agreement, Atlas is entitled to collect its attorney fees and costs. Notably, the parties agreed that Colorado law would govern. After the Settlement Agreement was signed on July 18, 2016, Atlas filed a Notice of Dismissal pursuant to F.R.Civ.P. 41(a) or (c) in Civil Action No. 16CV00774-SJO-AJW.

## IV. FIRST CLAIM FOR RELIEF
*(Breach of Contract)*

Plaintiff hereby incorporates the allegations in all previous paragraphs above as if fully set forth herein.

On September 1, 2016, the initial payment of $12,000 came due and owing as set forth in ¶1 of the Settlement Agreement. On September 15, 2016, counsel

for Atlas emailed and mailed a notice of default to Kelly and its owner, Richard Kelly. Counsel for Atlas also emailed the same to Kelly's former attorney. The ten (10) day period to cure has since lapsed without Kelly curing the default. To date, no payment has been made. As a result of Kelly's actions or inactions, Atlas has been damaged.

Because Kelly defaulted on the Settlement Agreement, Kelly has consented to judgment for the total amount due in the Complaint filed in Civil Action No. 16CV00774-SJO-AJW. That amount totals $300,946.02. Interest is accruing on that amount at 12% per annum. Kelly is further responsible for the attorney fees and costs incurred in this proceeding, which seeks to enforce the terms of the Settlement Agreement.

WHEREFORE, Atlas prays for judgment in favor of Atlas and against Kelly in an amount to be determined at trial, together with costs, expert witness fees, pre-judgment interest, reasonable attorney fees, post-judgment interest, and other such relief as the Court deems just and proper.

Dated: October 17, 2016              COAN, PAYTON & PAYNE, LLC

_____
BRETT D. PAYTON
Attorney for Plaintiff